# Affidavit In Support

I, Wilma Renicker, after being duly sworn and deposed according to law, does state the following:

1. My name is Wilma Renicker, and my Social security number is xxx-xx-1501.

2. I do not receive any income from any source other then Social Security and Pension, and have not so received any other income in the last sixty (60) days.

3. Therefore, I do not have any pay advices to file with this Court.

4. I have not been required to file taxes for the last several years.

5. Therefore, I do not have any tax returns to file with this Court.

/s/ Wilma Renicker
Affiant

Duly sworn to and subscribed before me this 6th day of December, 2006.

/s/ William W. Taylor
Notary
Attorney at Law
My Commission does not expire ORC §147.03.